1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL FUNDERBURK,

    Petitioner,                    No. CIV S-07-1559 WBS EFB P

    vs.

W.J. SULLIVAN, et al.,

    Respondents.              ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. However, petitioner has commenced this action in the wrong division of the Eastern District of California.

    Petitioner appears to be challenging the conditions of his confinement and is confined in Kern County. Therefore, in the interest of justice, this action is transferred to the Fresno Division of the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1404(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974). The court will not rule on petitioner's application leave for to proceed *in forma pauperis*.

    Accordingly, it is hereby ordered that:

    1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

    2. The Clerk of Court shall assign a new case number.

1

1   3. The new case number is 1:07-cv-1394 OWW TAG (HC). All future filings shall bear the
2   new case number and shall be filed at:
3       United States District Court
        Eastern District of California
4       2500 Tulare Street
        Fresno, CA 93721
5
    So Ordered.
6
    Dated: September 20, 2007.
7
                                    _____
8                                   EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

2